# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.            No. 4:17-cr-318-DPM

GENARO WILSON MARTINEZ          DEFENDANT

## ORDER

Martinez moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the risk that the ongoing COVID-19 pandemic presents to his health. Martinez says he's exhausted his administrative remedies; but he doesn't give specifics about when or how he did so. It's unnecessary to get clarity on the exhaustion issues, though, because even if Martinez has exhausted his administrative remedies, his motion fails on the merits.

Martinez is a middle-aged man with a history of high blood pressure and tuberculosis. His concerns about the virus are therefore valid. But Martinez has served only about a third of his 188-month sentence; and the seriousness of his offense warranted that substantial sentence. Further, FCI Marion — where Martinez is housed — currently has just two positive cases and has fully vaccinated more than 900 inmates and staff. https://www.bop.gov/coronavirus (accessed

10 June 2021). In the circumstances, reducing Martinez's sentence by more than nine years would not promote respect for the law, provide just punishment, reflect the seriousness of his offense, or adequately deter him and others. All material things considered, the statute's remedy—reducing Martinez's sentence to time served—is not appropriate in this case. 18 U.S.C. §§ 3582(c)(1)(A)(i) & 3553(a). His motion, *Doc. 44*, is therefore denied.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 June 2021