IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                         No. 4:17-cr-318-DPM

GENARO WILSON MARTINEZ                                     DEFENDANT

ORDER

In 2018, Genaro Wilson Martinez pleaded guilty to production of child pornography. The Court sentenced him to 188 months' imprisonment — the low end of his advisory Guidelines range. Martinez now seeks relief from his conviction and sentence. His sole claim is that his lawyer failed to file a notice of appeal. *Doc. 48.* A hearing isn't necessary. 28 U.S.C. § 2255(b); *Thomas v. United States*, 737 F.3d 1202, 1206 (8th Cir. 2013); *Winters v. United States*, 716 F.3d 1098, 1103 (8th Cir. 2013).

Martinez filed his petition more than one year after the Judgment in his case became final. 28 U.S.C. § 2255(f)(1). The Court therefore requested a supplement about why it should not be dismissed as untimely. *Doc. 49.* Martinez hasn't filed one; and the time to do so has passed. The United States argues that the petition is, in fact, untimely. *Doc. 51.*

The Court agrees. Read liberally, Martinez's petition suggests that he didn't file sooner because he was unaware the appeal hadn't

been filed. But Martinez could have discovered that fact through due diligence long ago. 28 U.S.C. § 2255(f)(4). Indeed, in February of 2020, this Court directed the Clerk to send Martinez a copy of the docket sheet, which would have shown that no notice of appeal was filed. *Doc. 42.* Nonetheless, Martinez waited another seventeen months to file his petition.

Martinez's petition is untimely. And there's been no showing of actual innocence or of any extraordinary circumstance that calls for equitable tolling. *McQuiggin v. Perkins*, 569 U.S. 383, 395 (2013); *Chachanko v. United States*, 935 F.3d 627, 629 (8th Cir. 2019). His petition, *Doc. 48*, will therefore be dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 September 2021