IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:17-cr-318-DPM

GENARO WILSON MARTINEZ                                               DEFENDANT
Reg. No. 31716-009

ORDER

Martinez moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on his alleged diagnosis of colon cancer and related medical issues. *Doc. 59*. The first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). There is no indication that Martinez has exhausted his administrative rights to appeal. 28 C.F.R. §§ 571.63 & 542.15. The statute's exhaustion requirement is jurisdictional and can't be waived. *Doc. 197* in *United States v. Cox*, Case No. 4:98-cr-73-DPM (8 September 2020). Martinez's motion, *Doc. 59*, is therefore denied without prejudice for lack of jurisdiction.

The Court directs the Clerk to send Martinez a copy of the Court's *Cox* opinion with this Order.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 August 2024